**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MALIBU MEDIA, LLC,

11            Plaintiff,                          No. C 16-01622 WHA

12      v.

13   JOHN DOE SUBSCRIBER ASSIGNED        **ORDER GRANTING *EX PARTE***
     IP ADDRESS 50.161.104.220,          **MOTION FOR LEAVE TO SERVE**
14                                        **THIRD-PARTY SUBPOENA PRIOR**
             Defendant.                   **TO RULE 26(f) CONFERENCE**
15                                    /

16

17          Plaintiff, Malibu Media, LLC, alleges that it owns registered copyrights in various

18   pornographic films and that John Doe defendant directly infringed those copyrights by

19   distributing the films on the Internet, using the above-captioned IP address.  Malibu Media now

20   seeks leave to serve a subpoena on third party Comcast Cable Communications, LLC, in order to

21   ascertain the identity of the subscriber using that IP address prior to a Rule 26(f) conference.

22          Malibu Media's motion is hereby **GRANTED**.  This is without prejudice to any motions to

23   quash or modify the subpoena that may be filed by any interested party, including Comcast or

24   the subscriber assigned to the IP address.  Furthermore, the following limitations apply:

25      •    The subpoena shall only request the actual name and address of the
             subscriber to whom Comcast assigned the above-captioned IP address.

26      •    The subpoena shall only seek the name and address of the subscriber for
27           the time frame from **FOURTEEN DAYS BEFORE** the date of the first alleged
             infringing act to **FOURTEEN DAYS AFTER** the date of the last alleged
28           infringing act.

**United States District Court**
For the Northern District of California

1     •     Malibu Media shall attach a copy of this order to the subpoena.

2     •     Malibu Media may not use any information disclosed by Comcast for any
purpose other than protecting its rights as set forth in the complaint.

3

4     •     Comcast shall, in turn, serve a copy of the subpoena and a copy of this
order on the subscriber within **TWENTY-FOUR DAYS** of the date of service
on Comcast.

5

6     •     The return date on the subpoena shall be no less than **FORTY-FIVE DAYS**
from the date of service on Comcast. Comcast shall not disclose any
identifying information about defendant to Malibu Media prior to the

7     return date or prior to the resolution of any motions to quash or modify
the subpoena.

8

9     •     Malibu Media shall not disclose defendant's name, address, telephone
number, email, social media username, or any other identifying
information, other than defendant's IP address, that it may subsequently

10     learn. All documents including defendant's identifying information,
apart from his or her IP address, shall be filed under seal, with all such

11     information redacted on the public docket, unless and until the Court
orders otherwise and only after defendant has had an opportunity to

12     challenge the disclosure of any identifying information. Malibu Media
explicitly consented to the inclusion of such a protection in its motion.

13

14     •     Malibu Media must seek leave to serve subpoenas on any other service
provider besides Comcast in this matter.

15     •     Malibu Media shall have **THIRTY-FIVE DAYS** from the date on which it
receives defendant's identifying information from Comcast (or, if later,

16     until the deadline set by Rule 4(m)). Any requests to extend that deadline
should be made immediately as circumstances justifying the extension

17     arise, rather than at the last minute. Malibu Media must support any
assertion that defendant is dodging service with an affidavit of

18     non-service (to be filed under seal, with defendant's identifying
information redacted on the public docket). Malibu Media shall please

19     file a notice informing the Court of the date on which it received
defendant's identifying information no later than **FIVE CALENDAR DAYS**

20     after receiving that information.

21     Any motions relating to the subpoena or the protective order discussed above shall be

22 filed prior to the return date of the subpoena.

23

    **IT IS SO ORDERED.**

24

25 Dated: May 2, 2016.             _____

                                   WILLIAM ALSUP

26                                    UNITED STATES DISTRICT JUDGE

27

28